JOSHUA D. HURWIT, IDAHO STATE BAR NO. 9527
UNITED STATES ATTORNEY
BLYTHE H. MCLANE, TEXAS STATE BAR NO. 24115701
SPECIAL ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
801 E. SHERMAN AVE SUITE 192
POCATELLO, ID 83201
TELEPHONE: (208) 478-4166
FACSIMILE: (208) 334-1413

U.S. COURTS

NOV 22 2022

Rcvd_____ Filed_____ Time 12:40
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANGELINA LARAE NORTON, RICHARD COREY FOX, JENIFFER DANIEL BORCHERT, SARAH EDDIE SMITH, A/K/A SARAH MCADAMS AND AMANDA REYES,<br><br>Defendants. | Case No. CR-22-00266E-DCN<br><br>**INDICTMENT**<br><br>18 U.S.C. § 2<br>21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 841(b)(1)(C)<br>21 U.S.C. § 846<br>21 U.S.C. § 853 |

The Grand Jury charges:

### COUNT ONE

**Distribution of Fentanyl Resulting in Death**
**21 U.S.C. § 841(a)(1) and (b)(1)(C); 18 U.S.C. § 2**

On or about July 10, 2022, in the District of Idaho, the defendants, SARAH EDDIE

SMITH, A/K/A SARAH MCADAMS and JENIFFER DANIEL BORCHERT, did knowingly

INDICTMENT - 1

and intentionally distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, and the distribution of said fentanyl resulted in the death of another person, to wit: J.M., whose use of said fentanyl resulted in his death, and aided and abetted in the same, in violation of Title 21 U.S.C. 841(a)(1) and (b)(1)(C), and Title 18 United States Code, Section 2.

### COUNT TWO

**Conspiracy to Distribute Fentanyl**
**21 U.S.C. 841(a)(1) and (b)(1)(C), 18 U.S.C. § 846**

On or about or in between June 1, 2022 and July 31, 2022, in the District of Idaho, the defendants, ANGELINA LARAE NORTON, RICHARD COREY FOX, JENIFFER DANIEL BORCHERT, SARAH EDDIE SMITH, A/K/A SARAH MCADAMS AND AMANDA REYES, did knowingly and intentionally conspire, confederate, and agree with each other, and persons both known and unknown to the Grand Jury, to distribute a mixture and substance containing fentanyl, a Schedule II controlled substance, in violation of Title 21 USC Sections 841(a)(1) and (b)(1)(C), and Section 846.

### CRIMINAL FORFEITURE ALLEGATION
**Drug Forfeiture**
**21 U.S.C. § 853**

Upon conviction of the offenses alleged in Count ONE and TWO of this Indictment, the Defendant, ANGELINA LARAE NORTON, RICHARD COREY FOX, JENIFFER DANIEL BORCHERT, SARAH EDDIE SMITH, A/K/A SARAH MCADAMS AND AMANDA REYES, shall forfeit to the United States any and all property, real and personal, tangible and intangible, consisting of or derived from any proceeds the said Defendant obtained directly or indirectly as a result of the foregoing offense; and any and all property, real and personal, tangible and

**INDICTMENT - 2**

intangible, used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the foregoing offense. The property to be forfeited includes, but is not limited to, the following:

1. <u>Unrecovered Cash Proceeds and/or Facilitating Property.</u> The Defendant obtained and controlled unrecovered proceeds of the offense of conviction, or property derived from or traceable to such proceeds, and property the Defendant used to facilitate the offense (if facilitation is alleged), but based upon actions of the Defendant, the property was transferred, diminished, comingled, or is otherwise unavailable.

2. <u>Substitute Assets.</u> Pursuant to 21 U.S.C. § 853(p) and other applicable statutes, the government will seek forfeiture of substitute assets, "or any other property of the Defendant" up to the value of the Defendant's assets subject to forfeiture. The government will do so when the property subject to forfeiture cannot be forfeited for one or more of the following reasons:

   a. Cannot be located upon the exercise of due diligence;
   b. Has been transferred or sold to, or deposited with, a third person;
   c. Has been placed beyond the jurisdiction of the court;
   d. Has been substantially diminished in value; or
   e. Has been commingled with other property which cannot be subdivided without difficulty.

Dated this 22nd day of November, 2022.

A TRUE BILL

*/s/ [signature on reverse]*
_____
FOREPERSON

**INDICTMENT - 3**

JOSHUA D. HURWIT
UNITED STATES ATTORNEY
By:

_____
BLYTHE H. MCLANE
SPECIAL ASSISTANT UNITED STATES ATTORNEY

**INDICTMENT** - 4