# CRIMINAL COVERSHEET

| | |
|---|---|
| **DEFENDANT'S NAME:** Richard Corey Fox | **CASE INFORMATION:** |
| **JUVENILE:** No | **RELATED COMPLAINT:** No |
| **PUBLIC or SEALED:** Public | **CASE NUMBER:** |
| **SERVICE TYPE:** Warrant (Summons/ Warrant/ Notice) | CR-22-00266E-DCN |
| **ISSUE:** Yes | **County of Offense:** Bannock |
| **INTERPRETER:** | |
| **If YES, language:** | |

U.S. COURTS
NOV 22 2022
Rcvd_____ Filed C/C Time 12:40
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

## CRIMINAL CHARGING INFORMATION

**CHARGING DOCUMENT:** Indictment

**Felony:** Yes        **Class A Misdemeanor:** ___
                      **Class B or C Misdemeanor:** ___
                      (Petty Offense)

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| 21 USC 841(a)(1) and (b)(1)(C), 18 U.S.C. § 846 | TWO | Conspiracy to Distribute Fentanyl | Up to 20 years incarceration and/or $1,000,000 fine, at least 3 years supervised release, $100 special assessment |
| 21 U.S.C. § 853 | | Drug Forfeiture | |

Date: 22 November 2022        Assistant U.S. Attorney: BLYTHE H. MCLANE
                              Telephone No.: (208) 478-4166