# CRIMINAL COVERSHEET

| | | | |
|---|---|---|---|
| DEFENDANT'S NAME: | Jeniffer Daniel Borchert | CASE INFORMATION: | |
| JUVENILE: | No | RELATED COMPLAINT: | No |
| PUBLIC or SEALED | Public | CASE NUMBER: | CR-22-00266E-DCN |
| SERVICE TYPE: (Summons/ Warrant/ Notice) | Warrant | | |
| ISSUE: | Yes | County of Offense: | Bannock |
| INTERPRETER: | | | |
| If YES, language: | | | |

U.S. COURTS
NOV 22 2022
Rcvd_____ Filed_____ Time 12:40
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

## CRIMINAL CHARGING INFORMATION

CHARGING DOCUMENT: **Indictment**

Felony: **Yes**   Class A Misdemeanor: _____
Class B or C Misdemeanor: _____
(Petty Offense)

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| 21 U.S.C. § 841(a)(1) and (b)(1)(C); 18 U.S.C. § 2 | ONE | Distribution of Fentanyl Resulting in Death | Maximum of 20 years imprisonment and/or $1,000,000 fine, at least 3 years supervised release, $100 special assessment |
| 21 USC 841(a)(1) and (b)(1)(C), 18 U.S.C. § 846 | TWO | Conspiracy to Distribute Fentanyl | Up to 20 years incarceration and/or $1,000,000 fine, at least 3 years supervised release, $100 special assessment |
| 21 U.S.C. § 853 | | Drug Forfeiture | |

Date: 22 November 2022   Assistant U.S. Attorney: BLYTHE H. MCLANE
Telephone No.: (208) 478-4166