# CRIMINAL COVERSHEET

| | | | |
|---|---|---|---|
| **DEFENDANT'S NAME:** | Sarah Eddie Smith a/k/a Sarah Eddie McAdam | **CASE INFORMATION:** | |
| **JUVENILE:** | No | RELATED COMPLAINT: | No |
| **PUBLIC or SEALED** | Public | **CASE NUMBER:** | CR-22-00266E-DCN |
| **SERVICE TYPE:** (Summons/ Warrant/ Notice) | Warrant | | |
| **ISSUE:** | Yes | County of Offense: | Bannock |
| **INTERPRETER:** | | | |
| If YES, language: | | | |

*U.S. COURTS — NOV 22 2022 — Rcvd ____ Filed CK Time 12:40 — STEPHEN W. KENYON, CLERK, DISTRICT OF IDAHO*

## CRIMINAL CHARGING INFORMATION

**CHARGING DOCUMENT:** Indictment

Felony: Yes         Class A Misdemeanor: ____
                    Class B or C Misdemeanor: ____
                    (Petty Offense)

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| 21 U.S.C. § 841(a)(1) and (b)(1)(C); 18 U.S.C. § 2 | ONE | Distribution of Fentanyl Resulting in Death | Maximum of 20 years imprisonment and/or $1,000,000 fine, at least 3 years supervised release, $100 special assessment |
| 21 USC 841(a)(1) and (b)(1)(C), 18 U.S.C. § 846 | TWO | Conspiracy to Distribute Fentanyl | Up to 20 years incarceration and/or $1,000,000 fine, at least 3 years supervised release, $100 special assessment |
| 21 U.S.C. § 853 | | Drug Forfeiture | |

Date: 22 November 2022             Assistant U.S. Attorney: BLYTHE H. MCLANE
                                   Telephone No.: (208) 478-4166